Cozen O'Connor
Attorneys for Plaintiffs
Peter G. Rossi, Esquire (PGR-8516)
45 Broadway, 16th Floor
New York, New York 10006
(212) 509-9400

**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------------------X
ATLANTIC SPECIALTY INSURANCE COMPANY,
as subrogee of Brant Publications and
The Solomon R. Guggenheim Foundation

and

NATIONAL SURETY CORPORATION,
as subrogee of Peter Brant

and

142 MERCER STREET, LLC d/b/a LURE FISH BAR

            Plaintiffs,

v.

AE OUTFITTERS RETAIL COMPANY

            Defendant.
-----------------------------------------------------------------------X

CIVIL ACTION NO.:
1:07-cv-8508 GWG
"ECF CASE"

**Rule 7.1 Statement**

**JURY TRIAL**
**DEMANDED**

        Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for plaintiffs (private non-governmental parties) certifies that the following are corporate parents, affiliates and/or subsidiaries of said parties, which are publicly held:

        Plaintiff, Atlantic Specialty Insurance Company
            Member of OneBeacon Insurance Group, which is ultimately owned by
            the White Mountains Insurance Group, Ltd.
                OneBeacon Street
                Boston, MA   02108

Plaintiff, National Surety Corporation
Subsidiary of Fireman's Fund Insurance Company, which is controlled by
Allianz Global Risks US Insurance Company, an indirect subsidiary of
Allianz AG
777 San Marin Drive
Novato, CA   94998

Respectfully submitted,

COZEN O'CONNOR

_____
Peter G. Rossi, Esquire (PGR-8516)
45 Broadway Atrium, 16th Floor
New York, NY 10006
(212) 509-9400
Attorneys for Plaintiffs

CO-COUNSEL:

Mark T. Mullen, Esquire (MTM-2384)
Paul Bartolacci, Esquire (PB-9536)
Cozen O'Connor
The Atrium – Third Floor
1900 Market Street
Philadelphia, PA  19103
(215) 665- 2091

Date:   September      , 2007