Cozen O'Connor
Attorneys for Plaintiffs
Peter G. Rossi, Esquire (PGR-8516)
45 Broadway, 16th Floor
New York, New York 10006
(212) 509-9400

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------------X
ATLANTIC SPECIALTY INSURANCE COMPANY,
as subrogee of Brant Publications and
The Solomon R. Guggenheim Foundation          CIVIL ACTION NO.
                                              1:07-cv-8508 BSJ

and

NATIONAL SURETY CORPORATION,
as subrogee of Peter Brant

and

142 MERCER STREET, LLC d/b/a LURE FISH BAR    **PROOF OF SERVICE**

       Plaintiffs,

v.

AE OUTFITTERS RETAIL COMPANY

       Defendant.
------------------------------------------------------------------------X

       **PLEASE TAKE NOTICE,** that plaintiff effected service of the Summons, Complaint and Rule 7.1 Disclosure upon counsel for defendant on October 30, 2007, as evidenced by the letter to counsel dated October 30, 2007, mailed via Federal Express, attached as Exhibit "A".

Dated: New York, New York
November 1, 2007

                        Respectfully submitted,

                        COZEN O'CONNOR


                        BY:   s/Peter G. Rossi
                             Peter G. Rossi, ESQ. (PGR-8516)
                             45 Broadway, 16th Floor
                             New York, NY 10006
                             Attorneys for Plaintiff
                             (212) 509-9400

Cozen O'Connor
Attorneys for Plaintiffs
Peter G. Rossi, Esquire (PGR-8516)
45 Broadway, 16th Floor
New York, New York 10006
(212) 509-9400

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
-------------------------------------------------------------------------X
ATLANTIC SPECIALTY INSURANCE COMPANY,
as subrogee of Brant Publications and
The Solomon R. Guggenheim Foundation                    CIVIL ACTION NO.
                                                        1:07-cv-8508 BSJ

and

NATIONAL SURETY CORPORATION,
as subrogee of Peter Brant

and

142 MERCER STREET, LLC d/b/a LURE FISH BAR              **CERTIFICATE OF SERVICE**

                Plaintiffs,

v.

AE OUTFITTERS RETAIL COMPANY

                Defendant.
-------------------------------------------------------------------------X

   The undersigned attorney hereby certifies that the foregoing *Proof of Service* was served on the following individual via U.S. First Class mail, postage prepaid on November 1, 2007:

Robert C. Sheps, Esquire
Sheps Law Group, P.C.
35 Pinelawn Road
Suite 106 East
Melville, NY   11747

      s/Peter G. Rossi
PETER G. ROSSI, ESQUIRE (PGR-851 6)