

## COZEN
## O'CONNOR
ATTORNEYS

A PROFESSIONAL CORPORATION

1900 MARKET STREET    PHILADELPHIA, PA 19103-3508    215.665.2000    800.523.2900    215.665.2013 FAX    www.cozen.com

**Mark T. Mullen**
Direct Phone  215.665.2091
Direct Fax  215.665.2013
mmullen@cozen.com

October 30, 2007

**VIA FEDERAL EXPRESS**

Robert C. Sheps, Esquire
Sheps Law Group, P.C.
35 Pinelawn Road
Suite 106 East
Melville, NY 11747

> Re:    Atlantic Specialty Insurance Company, a/s/o Brant Publications and The
> Solomon R. Guggenheim Foundation, National Surety Corporation and
> 142 Mercer Street, LLC d/b/a Lure Fish Bar v. AE Outfitters Retail Company
> Civil Action No. 1:07-cv-8508 GWG
> Our File No. 183482

Dear Rob:

      For your convenience I am attaching a complete copy of the Summons and Complaint that was filed in the above matter on October 2, 2007 and assigned to Judge Shirley Wohl Kram. The matter was originally signed to Judge Kram but has been re-assigned to Judge Barbara Jones. I have included everything we have received from the Court including Judge Kram's Rules for Attorneys, information relating to ECF filing, our Rule 7.1 Statement, and the Complaint.

      This will confirm that we forwarded a courtesy copy of the Complaint to you via e-mail on October 8 with a request that you waive formal service. By e-mail on October 23, 2007, you agreed to accept service. We certainly appreciate your doing so.

# EXHIBIT

*A*

Robert C. Sheps, Esquire
October 30, 2007
Page 2

_____

Please let me know if you have any questions.

Very truly yours,

COZEN O'CONNOR

BY:    MARK T. MULLEN

MTM:tna
Enclosures
cc:    Paul R. Bartolacci, Esquire

PLEASE FOLD THIS SHIPPING DOCUMENT IN HALF AND PLACE IT IN A WAYBILL POUCH AFFIXED TO YOUR SHIPMENT SO THAT THE BARCODE PORTION OF THE LABEL CAN BE READ AND SCANNED. ***WARNING: USE ONLY THE PRINTED ORIGINAL LABEL FOR SHIPPING. USING A PHOTOCOPY OF THIS LABEL FOR SHIPPING PURPOSES IS FRAUDULENT AND COULD RESULT IN ADDITIONAL BILLING CHARGES, ALONG WITH THE CANCELLATION OF YOUR FEDEX ACCOUNT NUMBER.

From:    Origin ID: PSQA   (215) 665 5526
Mark T. Mullen
COZEN OCONNOR-PHILADELPHIA
1900 MARKET STREET

PHILADELPHIA, PA 19103

**FedEx** Express

**E**

CL6050107/21/23

Ship Date: 30OCT07
ActWgt: 1 LB
System#: 413633/FXRS0771
Account#: S 125105181

Delivery Address Bar Code

Ref #     183482.000--
Invoice #
PO #
Dept #

SHIP TO:   (631) 249 5600        BILL SENDER

**Sheps Law Group, P.C.**
**Robert C. Sheps, Esquire**
**35 Pinelawn Road**
**Suite 106 East**
**Melville, NY 11803**





**PRIORITY OVERNIGHT**                    **WED**
                                         Deliver By:
TRK#   **7364  1985  5615**   FORM      31OCT07
                              0201
                                      **JFK**    A2

**11803**    -NY-US          **ZM ZMVA**

**FedEx**

Español | Customer Support | FedEx Locations    Search    [ Go ]

| Package/Envelope | Freight | Expedited | Office/Print Services ▸ |

Ship ▸          Track ▸          Manage ▸          Business Solutions ▸

Track Shipments/FedEx Kinko's Orders          🖨 Printable Version  ❓ Quick Help
**Detailed Results**

| | | | | |
|---|---|---|---|---|
| **Tracking number** | 736419855615 | **Reference** | 183482.000-- | **Wrong Address?** |
| **Signed for by** | L.LABONTA | **Destination** | Melville, NY | Reduce future mistak |
| **Ship date** | Oct 30, 2007 | **Delivered to** | Receptionist/Front Desk | FedEx Address Chec |
| **Delivery date** | Oct 31, 2007 9:18 AM | **Service type** | Priority Overnight | |
| | | **Weight** | 1.0 lbs. | Tracking a FedEx Sh |
| **Status** | Delivered | | | Shipment? |
| | | | | Go to shipper login |
| **Signature image available** | Yes | | | |

| Date/Time | | Activity | Location | Details |
|---|---|---|---|---|
| Oct 31, 2007 | 9:18 AM | Delivered | Melville, NY | |
| | 8:59 AM | On FedEx vehicle for delivery | MELVILLE, NY | |
| | 7:28 AM | At local FedEx facility | MELVILLE, NY | |
| | 4:40 AM | Departed FedEx location | NEWARK, NJ | |
| | 1:13 AM | Arrived at FedEx location | NEWARK, NJ | |
| Oct 30, 2007 | 9:12 PM | Left origin | PHILADELPHIA, PA | |
| | 7:25 PM | Picked up | PHILADELPHIA, PA | |
| | 4:07 PM | Package data transmitted to FedEx | | |

Find locations ever

[ Signature proof ]    [ E-mail results ]    [ Track more shipments/orders ]

Subscribe to tracking updates (optional)

Your Name: [                    ]        Your E-mail Address: [                    ]

| E-mail address | Language | | Exception updates | Delivery updates |
|---|---|---|---|---|
| [          ] | English | | ☐ | ☐ |
| [          ] | English | | ☐ | ☐ |
| [          ] | English | | ☐ | ☐ |
| [          ] | English | | ☐ | ☐ |

Select format: ⦿ HTML  ◯ Text  ◯ Wireless
Add personal message:

Not available for Wireless or non-English characters.