Cozen O'Connor
Attorneys for Plaintiffs
Peter G. Rossi, Esquire (PGR-8516)
45 Broadway, 16th Floor
New York, New York 10006
(212) 509-9400

```
USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 12/6/07
```

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------------X
ATLANTIC SPECIALTY INSURANCE COMPANY,
as subrogee of Brant Publications and
The Solomon R. Guggenheim Foundation

CIVIL ACTION NO.
1:07-cv-8508 BSJ

and

NATIONAL SURETY CORPORATION,
as subrogee of Peter Brant

and

142 MERCER STREET, LLC d/b/a LURE FISH BAR         **ORDER**

       Plaintiffs,

v.

AE OUTFITTERS RETAIL COMPANY

       Defendant.
------------------------------------------------------------------X

    Upon the motion of Peter G. Rossi, attorney for the plaintiffs in the above-entitled action and Mr. Rossi's Affirmation in support; **IT IS HEREBY ORDERED** that

| | |
|---|---|
| Applicant's Name: | Paul R. Bartolacci, Esquire |
| Firm Name: | Cozen O'Connor |
| Address: | 1900 Market Street |
| City/State/Zip: | Philadelphia, PA  19103 |
| Telephone/Fax: | 215-665-2001 / 215-665-2013 |
| Email Address: | pbartolacci@cozen.com |

is admitted to practice pro hac vice as counsel for plaintiffs in the above-entitled action in the United States District Court for the Southern District of New York. All attorneys appearing before this Court are subject to the Local Rules of this Court, including the Rules governing discipline of attorneys. If this action is assigned to the Electronic Case Filing (ECF) system, counsel shall immediately apply for an ECF password at nysd.uscourts.gov. Counsel shall forward the pro hac vice fee to the Clerk of Court.

Dated: Dec. 6, 2007
New York, New York

_____
United States District/Magistrate Judge