AO 458 (Rev. 10/95) Appearance

# UNITED STATES DISTRICT COURT

__SOUTHERN__ DISTRICT OF __NEW YORK__

### APPEARANCE

Case Number: 1:07-cv-8508 GWG

To the Clerk of this court and all parties of record:

Enter my appearance as counsel in this case for

Defendant,

AE OUTFITTERS RETAIL COMPANY
150 Thornhill Road
Warrendale, PA 15086-7528

I certify that I am admitted to practice in this court.

| | |
|---|---|
| 12/10/2007 | _[signature]_ |
| Date | Signature |
| | Robert C. Sheps, ESQ.  —  RCS5388 |
| | Print Name  —  Bar Number |
| | 35 Pinelawn Rd., Suite 106 E |
| | Address |
| | Melville    NY    11747 |
| | City    State    Zip Code |
| | (631) 249-5600    (631) 249-5613 |
| | Phone Number    Fax Number |

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

| | |
|---|---|
| ATLANTIC SPECIALTY INSURANCE COMPANY,<br>as subrogee of Brant Publications and<br>The Solomon R. Guggenheim Foundation<br>OneBeacon Street<br>Boston, MA 02108-3100<br><br>and<br><br>NATIONAL SURETY CORPORATION,<br>as subrogee of Peter Brant<br>777 San Marin Drive<br>Novato, CA 94998<br><br>and<br><br>142 MERCER STREET, LLC d/b/a LURE FISH BAR<br>142 Mercer Street<br>New York, NY 10012<br><br>Plaintiffs,<br><br>-v-<br><br>AE OUTFITTERS RETAIL COMPANY<br>150 Thornhill Road<br>Warrendale, PA 15086-7528<br><br>Defendant. | Case No.: **1:07-cv-8508**<br>           **GWG**<br><br><br><br><br><br>**Rule 7.1 Statement** |

    Pursuant to Federal Rule of Civil Procedure 7.1 [formerly Local General Rule 1.9] and to enable District Judges and Magistrate Judges of the Court to evaluate possible disqualification or recusal, the undersigned counsel for **AE OUTFITTERS RETAIL COMPANY** (a private non-governmental party) certifies that the following are corporate parents, affiliates and/or subsidiaries of said party, which are publicly held.

1) American Eagle Outfitters, Inc. – AEO (the "Company") refers to American Eagle Outfitters, Inc. and its wholly-owned subsidiaries:
    a. "American Eagle Outfitters"
    b. "American Eagle"
    c. "AE"

2) The "AE Brand" refers to the U.S. and Canadian American Eagle Outfitters stores including:
   a. "aerie"
   b. "ae.com"
   c. "MARTIN + OSA"

3) The company is a public traded company. (American Eagle Outfitters) (NASDAQ: AEOS)

4) PLEASE SEE ATTACHED RIDER OF LEGAL ENTITIES AS OF DECEMBER 2007.

Date: December 10, 2007

_____
Signature of Attorney

Attorney Bar Code: RCS5388

American Eagle Outfitters, Inc.
Listing of Legal Entities
as of December, 2007

| Tax Filing Country | | Legal Entity Name | State of Incorporation | Owner | Disregarded Entity | Identification Number | Nature of business | Function |
|---|---|---|---|---|---|---|---|---|
| US | 1 | American Eagle Outfitters, Inc. | DE | Public | No | 13-2721761 | Public holding company, NASDAQ AEOS ticker symbol. | |
| US | 2 | AE Holdings Co. | DE | 1 | No | 25-1864670 | Holding Company only. | |
| US | 3 | Retail Commerce Company | NV | 2 | No | 31-1425089 | Finance and holding company. | Receives principal and interest on promissory notes to AEO Management Co, AE Outfitters Retail Co, AE Retail West LLC, Retail Distribution West LLC and AE Distribution Co. |
| US | 4 | Retail Royalty Company | NV | 3 | No | 31-1425087 | Intangible holding company (AE marks, etc.) and retail stores in NV. | Owns AE store retail locations in NV and owns the intangible trademarks and trade names for the AE brand. RRC charges a royalty fee to AEO Management Co and American Eagle Outfitters Canada Corporation |
| US | 5 | Retail Licensing Company | NV | 4 | No | 88-0468113 | Intangible holding company (eventually will own new concept marks, etc) | Used to own the Bluenotes brand trademarks and trade names. |
| US | 6 | AEO International Corp | DE | 2 | No | 25-1833867 | Holding Company only. | |
| US | 7 | American Eagle Cdn Hold Co | DE | 6 | No | 41-2123982 | Holding Company only. | |
| US | 10 | NLS NS ULC | Nova Scotia | 7 | Yes | N/A | Holding Company only. | |
| US | 11 | AEOC NS ULC | Nova Scotia | 7 | Yes | N/A | Holding Company only. | |
| Can | 12 | AE Limited Partnership | Nova Scotia | 10, 11 | | 98-0445885 | Holding Company only. | |
| Can | 13 | American Eagle Outfitters Canada Corporation | Nova Scotia | 12 | | 98-0539726 | AE retail operations in Canada | |
| Mex | 17 | Eagle Trading Company | MX | 6,19 | | N/A | Warehousing and distribution operations in Puebla, Mexico | Buys merchandise from Mexican suppliers and sells it to AEO Management Co, AE Direct Co LLC and American Eagle Outfitters Canada Corporation. |
| US | 18 | South Side Realty Co (f/k/a AE First Co) | DE | 2 | No | 25-1868912 | Leases and sub-leases space for a corporate day care facility | |
| US | 19 | AEO Management Co | DE | 2 | No | 25-1864668 | Management Services (Executive, buying, marketing, designing, sourcing, etc.) and retail store operations in PR. | Buys merchandise from vendors and sells it to AE Outfitters Retail Co, AE Retail West and Retail Royalty Company. Provides design and management services to AE Direct Co LLC and American Eagle Outfitters Canada Corporation. |
| US | 20 | AE Retail West LLC | DE | 19 | Yes | 25-1864669 | Retail store operations (consolidated state filings). | |
| US | 21 | Retail Distribution West LLC | DE | 19 | Yes | 25-1873945 | Distribution and fulfillment services in Ottawa, KS. | Provides distribution services to AEO Management Co |
| US | 22 | Linmar Realty Company II LLC | DE | 19 | Yes | 51-0507720 | Real estate in Warrendale, PA. | Owns the 150 Thorn Hill Drive building and leases it to AEO Management Co, AE Corporate Services Co, AE Direct Co LLC, AE Distribution Co and Blue Star Imports LP. |
| US | 23 | AEO Realty Co LLC | DE | 19 | Yes | 30-0335810 | Real estate for Hot Metal Street home office headquarters. | |
| US | 24 | M+O Management Co LLC | DE | 19 | Yes | 68-0606769 | Management Services (Executive, buying, marketing, sourcing, etc.) - Martin + Osa Division | |
| US | 25 | M+O Retail Co | DE | 2 | No | 68-0606770 | Retail store operations and field personnel for Martin + Osa operations. On 12/31/07 will go through a tax-free reorg and business will dissolve (see #41). | |
| US | 26 | AE Distribution Co | DE | 2 | No | 25-1864673 | Distribution services in Warrendale, PA. | Provides distribution services to AEO Management Co |
| US | 27 | AE Outfitters Retail Co | DE | 2 | No | 25-1864674 | Retail store operations (separate state filings). | |
| US | 28 | AE Direct Co LLC | DE | 27 | Yes | 25-1867741 | E-commerce and call center operations. | |
| US | 29 | 77 Entertainment LLC (f/k/a No Agency Productions LLC) | DE | 27 | Yes | 03-0415889 | Production services. | |
| US | 30 | 77 Entertainment II LLC (f/k/a No Agency Productions II LLC) | DE | 29 | Yes | 75-3032618 | Production services. | Provides TV production services to AEO Management Co |
| US | 31 | AE Corporate Services Co | DE | 2 | No | 31-1392679 | Administrative services (finance, real estate, human resources, information systems, store operations, regional & district managers, etc.) | Provides corporate administrative services to AEO Management Co, AE Distribution Co, AE Outfitters Retail Co, AE Retail West LLC, Retail Royalty Co and American Eagle Outfitters Canada Corporation. |
| US | 32 | AE Admin Services CO LLC | OH | 31 | Yes | 35-2239515 | Owns gift card liability for US and PR AE stores. | |
| US | 33 | AEH Holding Company | DE | 1 | No | 25-1853602 | Holding Company only. | |
| US | 34 | Blue Star Imports LTD | DE | 33 | No | 25-1853331 | Holding Company only. | |
| US | 35 | BSI Imports Company LLC | DE | 33 | Yes | 25-1853328 | Holding Company only. | |
| US | 36 | Blue Star Imports LP | PA | 34,35 | No | 25-1851969 | Custom, logistic services. | Provides import services to AEO Management Co and AE Direct Co LLC |
| US | 38 | M+O Admin Services Co LLC | OH | 31 | Yes | 56-2658272 | Owns gift card liability for M+O US stores. | |
| US | 39 | Blue Heart Enterprises LLC | DE | 31 | Yes | 56-2658269 | Owns corporate aircraft. | Leases corporate aircraft |
| HK | 40 | American Eagle Outfitters Asia Limited | Hong Kong | 1 | Yes | | Factory compliance, quality control. | |
| US | 41 | M+O Retail LLC (f/k/a North Key Enterprises LLC) | DE | 27 | Yes | 11-3828946 | On 12/31/07 will go through a tax-free reorg and will own the retail store operations and field personnel for Martin + Osa operations. | |