USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #: _____
DATE FILED: 5/23/08

```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
--------------------------------------X
ATLANTIC SPECIALTY INSURANCE          :
COMPANY, ET AL.,                      :
                                      :
                  Plaintiffs,         :
             v.                       :    07 Civ. 8508(BSJ)(GWG)
                                      :
AMERICAN EAGLE OUTFITTERS,            :
                                      :    CONSOLIDATION ORDER
                                      :
                  Defendant.          :
--------------------------------------X
FEDERAL INSURANCE COMPANY, ET AL.,    :
                                      :
                  Plaintiffs,         :
             v.                       :    08 Civ. 2157
                                      :
AMERICAN EAGLE OUTFITTERS,            :
                                      :
                                      :
                  Defendant.          :
--------------------------------------X
SOMPO JAPAN INSURANCE COMPANY         :
OF AMERICA,                           :
                                      :
                  Plaintiff,          :
             v.                       :    08 Civ. 3294
                                      :
AMERICAN EAGLE OUTFITTERS,            :
                                      :
                                      :
                  Defendant.          :
--------------------------------------X
```

**BARBARA S. JONES**
**UNITED STATES DISTRICT JUDGE**

The application of Defendant American Eagle Outfitters ("Defendant") to consolidate Civil Case Nos. 07 Civ. 8508(BSJ), 08 Civ. 2157(NRB), and 08 Civ. 3294 (DLC) before this Court is granted. The two related cases previously assigned to Judge Buchwald and Judge Cote have been transferred to this Court. At this time, the cases are consolidated for purposes of discovery, which is to be supervised by Magistrate Judge

Gorenstein; a decision regarding whether the cases shall be consolidated for trial will be made at a later date.

**SO ORDERED:**

                                                                   **BARBARA S. JONES**
                                                                   **UNITED STATES DISTRICT JUDGE**

Dated:    New York, New York
             May 22, 2008