UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ATLANTIC SPECIALTY INS. COMPANY, ET AL., : **NOTICE OF APPEARANCE**

         Plaintiff, :

    -v- :   07 Civ. 8508 (BSJ) (GWG)

AMERICAN EAGLE OUTFITTERS, :

         Defendant. :
------------------------------------------------------------X
FEDERAL INSURANCE COMPANY, ET AL., :

         Plaintiff, :

    -v- :   08 Civ. 2157 (BSJ) (GWG)

AMERICAN EAGLE OUTFITTERS, :

         Defendant. :
------------------------------------------------------------X
SOMPO JAPAN INSURANCE COMPANY
OF AMERICA, :

         Plaintiff, :

    -v- :   08 Civ. 3294 (BSJ) (GWG)

AMERICAN EAGLE OUTFITTERS, :

         Defendant. :
------------------------------------------------------------X

    Please enter the appearance of Scott J. Sheldon, Esq. of the firm Mound Cotton Wollan & Greengrass on behalf of plaintiff SOMPO JAPAN INSURANCE COMPANY OF AMERICA.

Dated: Newark, New Jersey
       August 13, 2008

MOUND COTTON WOLLAN &
GREENGRASS


By:   /s/ Scott J. Sheldon
      Scott J. Sheldon (SS7155)
      60 Park Place
      Newark, NJ 07102
      (973) 494-0611