COUNTY OF SOUTHERN DISTRICT OF NEW YORK  UNITED STATES DISTRICT COURT
# 29443

AE OUTFITTERS RETAIL COMPANY I/S/H/A AMERICAN EAGLE OUTFITTERS, INC.,

                                against

Plaintiff(s)  INDEX# 07-CIV-8508
Date filed 7/11/2008

575 BROADWAY LLC, ET AL,

                                Defendant(s)

STATE OF NEW YORK          COUNTY OF ALBANY    6856

## SECRETARY OF STATE - AFFIDAVIT OF SERVICE

ANDREW C. LIBERTY being duly sworn, deposes and says that deponent is not a party to this action, is over the age of 18 years and has a principal place of business in the County of Albany, State of New York. That on 7/22/2008 at 4:00 PM, at the office of the Secretary of State, of the State of New York in the City of Albany, New York, he served a true copy of a

SUMMONS IN A CIVIL CASE AND DEFENDANTS THIRD-PARTY COMPLAINT

on 575 BRAODWAY ASSOCIATES L.P., Defendant in this action.

By delivering to and leaving with CHAD MATICE, authorized agent in the office of the Secretary of the State, State of New York, personally at the office of the Secretary of State, of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00. That said service was made pursuant to Section 121-109 LP

Bearing Index Number and Filing Date endorsed thereon.

[ ] Deponent additionally served upon the above named defendant one (1) true copy of the RPAPL SEC. 1303 Homeowner's Foreclosure Notice which was printed in bold, 14 point font size and printed on colored paper which is a color other than said pleading

[ ] an additional copy of the summons was mailed to the defendant pursuant to CPLR 3215

Description     Description of the Recipient is as follows:

A Male with White skin, Black hair, who is approximately 25 years of age and has an approximate height of 6' 1" and approximate weight of 205 pounds.

Other identifying features are as follows: Glasses.

_____
ANDREW C. LIBERTY
Process Server

State of New York
County of Albany

Sworn to before me on this 22 day of July, 2008

_____
Notary Public - Michelle M. Santspree

Michelle M. Santspree
Notary Public, State of New York
NO. 01SA5047611
Qualfied in Albany County
Commission Expires August 7, 2009

Barbara M. Santspree
Notary Public, State of New York
No. 01SA6071764
Qualified in Albany County
Commission Expires March 25, 2010

PRO-VEST, LLC - 93 E MAIN ST - BAY SHORE, NY 11706-8305 - (631)666-6168

COUNTY OF SOUTHERN DISTRICT OF NEW YORK  UNITED STATES DISTRICT COURT
# 29445

AE OUTFITTERS RETAIL COMPANY I/S/H/A AMERICAN EAGLE OUTFITTERS, INC.,

                                                    Plaintiff(s)    INDEX# 07-CIV-8508
      against                                           Date filed 7/11/2008

575 BROADWAY LLC, ET AL,

                                              Defendant(s)

STATE OF NEW YORK                            COUNTY OF ALBANY     6856

# SECRETARY OF STATE  -  AFFIDAVIT OF SERVICE

ANDREW C. LIBERTY being duly sworn, deposes and says that deponent is not a party to this action, is over the age of 18 years and has a principal place of business in the County of Albany, State of New York. That on **7/22/2008** at **4:00 PM,** at the office of the Secretary of State, of the State of New York in the City of Albany, New York, he served a true copy of a

## SUMMONS IN A CIVIL CASE AND DEFENDANTS THIRD-PARTY COMPLAINT

on **575 BROADWAY LLC, Defendant** in this action.

By delivering to and leaving with **CHAD MATICE**, authorized agent in the office of the Secretary of the State, State of New York, personally at the office of the Secretary of State, of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00. That said service was made pursuant to Section 303 LLC

Bearing Index Number and Filing Date endorsed thereon.

[ ] Deponent additionally served upon the above named defendant one (1) true copy of the RPAPL SEC. 1303 Homeowner's Foreclosure Notice which was printed in bold, 14 point font size and printed on colored paper which is a color other than said pleading

[ ] an additional copy of the summons was mailed to the defendant pursuant to CPLR 3215

Description    Description of the Recipient is as follows:

A Male with White skin, Black hair, who is approximately 25 years of age and has an approximate height of 6' 1" and approximate weight of 205 pounds.

Other identifying features are as follows: Glasses.

                    ANDREW C. LIBERTY
                    Process Server

State of New York
County of Albany

Sworn to before me on this 22 day of July, 2008

    Notary Public - Michelle M. Santspree

| Michelle M. Santspree | Barbara M. Santspree |
|---|---|
| Notary Public, State of New York | Notary Public, State of New York |
| NO. 01SA5047611 | No. 01SA6071764 |
| Qualfied in Albany County | Qualified in Albany County |
| Commission Expires August 7, 2009 | Commission Expires March 25, 2010 |

PRO-VEST, LLC - 93 E MAIN ST - BAY SHORE, NY 11706-8305 - (631)666-6168

COUNTY OF SOUTHERN DISTRICT OF NEW YORK  
COURT                                # 29446                                                                    UNITED STATES DISTRICT

AE OUTFITTERS RETAIL COMPANY I/S/H/A AMERICAN EAGLE OUTFITTERS, INC.,

                                    Plaintiff(s)      INDEX# 07-CIV-8508  
         against                                           Date filed 7/11/2008

575 BROADWAY LLC, ET AL,

                                    Defendant(s)

STATE OF NEW YORK                                       COUNTY OF ALBANY      6856

## SECRETARY OF STATE - AFFIDAVIT OF SERVICE

ANDREW C. LIBERTY being duly sworn, deposes and says that deponent is not a party to this action, is over the age of 18 years and has a principal place of business in the County of Albany, State of New York. That on 7/22/2008 at 4:00 PM, at the office of the Secretary of State, of the State of New York in the City of Albany, New York, he served a true copy of a

SUMMONS IN A CIVIL CASE AND DEFENDANTS THIRD-PARTY COMPLAINT

on **575 BROADWAY CORPORATION, Defendant** in this action.

By delivering to and leaving with CHAD MATICE, authorized agent in the office of the Secretary of the State, State of New York, personally at the office of the Secretary of State, of the State of New York, two (2) true copies thereof and that at the time of making such service, deponent paid said Secretary of State a fee of $40.00. That said service was made pursuant to Section 306 BCL

Bearing Index Number and Filing Date endorsed thereon.

[ ] Deponent additionally served upon the above named defendant one (1) true copy of the RPAPL SEC. 1303 Homeowner's Foreclosure Notice which was printed in bold, 14 point font size and printed on colored paper which is a color other than said pleading

[ ] an additional copy of the summons was mailed to the defendant pursuant to CPLR 3215

Description      Description of the Recipient is as follows:

A Male with White skin, Black hair, who is approximately 25 years of age and has an approximate height of 6' 1" and approximate weight of 205 pounds.

Other identifying features are as follows: Glasses.

ANDREW C. LIBERTY  
Process Server

State of New York  
County of Albany

Sworn to before me on this 22 day of July, 2008

Notary Public - Michelle M. Santspree

Michelle M. Santspree  
Notary Public, State of New York  
NO. 01SA5047611  
Qualfied in Albany County  
Commission Expires August 7, 2009

Barbara M. Santspree  
Notary Public, State of New York  
No. 01SA6071764  
Qualified in Albany County  
Commission Expires March 25, 2010

PRO-VEST, LLC - 93 E MAIN ST - BAY SHORE, NY 11706-8305 - (631)666-6168