UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
ATLANTIC SPECIALTY INSURANCE et al.,          :

          Plaintiff,                                      :
                                                      ORDER

      -v.-                                                       :

AE OUTFITTERS RETAIL COMPANY,             :       07 Civ. 8508 (BSJ)(GWG)

          Defendant.                                 :
------------------------------------------------------------X

FEDERAL INSURANCE COMPANY et al.,         :

          Plaintiff,                                      :       08 Civ. 2157 (BSJ)(GWG)

      -v-                                                        :

AMERICAN EAGLE OUTFITTERS, INC.,          :

          Defendant.                                 :
------------------------------------------------------------X
SOMPO JAPAN INSURANCE COMPANY             :
OF AMERICA,
                                                   :

          Plaintiff,                                      :

                                                   :
      -v-                                                        :       08 Civ. 3294 (BSJ)(GWG)
                                                   :
AMERICAN EAGLE OUTFITTERS, INC.,          :

          Defendant.                                 :
------------------------------------------------------------X

GABRIEL W. GORENSTEIN, UNITED STATES MAGISTRATE JUDGE

      For the reasons stated on the record at a conference held today, the motions to file complaints pursuant to Fed. R. Civ. P. 14 (Docket ## 43 and 47) are granted. The complaints shall be filed by July 16, 2009. Service shall be effectuated on the new parties on or before July 23, 2009. Movants shall be prepared to deliver to the new Rule 14 defendants copies of all discovery and pleadings, regardless of the origin, by July 30, 2009.

      A conference to set the remaining discovery schedule on this case shall take place on September 17, 2009, at 10:30 a.m. in Courtroom 17-A.

Dated: New York, New York
       July 9, 2009

                        SO ORDERED:

                        GABRIEL W. GORENSTEIN
                        United States Magistrate Judge